# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Ismail Ali Abdulkarim,                  Civ. No. 15-1567 (DSD/JJK)

    Petitioner,

v.                                      **ORDER**

Joel Brott, Sheriff of Sherburne County,
and Scott Baniecke, Field Office
Director, ICE ERO,

    Respondents.

Ismail Ali Abdulkarim, *pro se* Petitioner;

Ann M. Bildtsen, Esq., Assistant United States Attorney, counsel for Respondent.

    Based upon the Report and Recommendation by U.S. Magistrate Judge Jeffrey J. Keyes, dated May 4, 2015, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

    1.     Ismail Ali Abdulkarim's Petition for Writ of Habeas Corpus is **DENIED AS MOOT** (Doc. No. 1); and

    2.     This case is **DISMISSED WITH PREJUDICE**.

Date: May 21, 2015

                                               s/David S. Doty
                                               David S. Doty, Judge
                                               United States District Court